IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES E. SUITERS, JR., <br> TDCJ No. 02113371, <br><br> Plaintiff, <br><br> V. <br><br> DETTRA LACOUR, ET AL., <br><br> Defendants. | § § § § § § § § § § § | No. 3:24-CV-2918-D |

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed to objections. The undersigned district judge reviewed *de novo* the portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

February 28, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE